**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000206
19-OCT-2020
07:55 AM
Dkt. 161 OCOR**

NO. CAAP-17-0000206

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JIHYUN SIM, Individually, and as Court-Appointed
Personal Representative for the Estate of Her
Sister JISU SIM, SANG KI SHIM, father of JISU SIM,
and TIA SUK KIM, mother of JISU SIM,
Plaintiffs-Appellants,
v.
KONA ISLANDER INN, ASSOCIATION OF APARTMENT
OWNERS OF KONA ISLANDER INN, KONA ISLANDER INN
HOTEL, HAWAIIANA MANAGMENT COMPANY, LTD.,
ICHTHUS LAND COMPANY, CHRISTIAN VAN DYCK,
Individually, as a member of the Association
of Apartment Owners of Kona Islander Inn, and
owner of Rainbow Plantation Bed & Breakfast,
and DOES 2-100, inclusive, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-252K)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion entered on September 30, 2020, is corrected as follows:

On page 10, line 7, insert a space between the "i" and "M" in the word "DiMaio's" so that the line reads:

even if the admission of Di Maio's testimony was erroneous, which

On page 10, line 11, replace the letter "e" with an "i" and add a space before "M" in the word "DeMaio's" so that the line reads:

---

[1] Leonard, Presiding Judge, and Chan and Wadsworth, JJ.

failed to demonstrate how the admission of Di Maio's testimony on

On page 10, line 15, insert a space between the "i" and "M" in the word "DiMaio's" so that the line reads:

Court's decision to admit Di Maio's testimony, even if erroneous,

On page 10, line 2 of the first full paragraph, insert a space between the "i" and "M" in the word "DiMaio's" so that the line reads:

denying their motion for a new trial, because (a) "Di Maio's

On page 11, first line, insert a space between the "i" and "M" in the word "DiMaio's" so that the line reads:

Di Maio's testimony.  See supra.  Accordingly, we cannot conclude

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, October 19, 2020.

/s/ Clyde J. Wadsworth
Associate Judge